OCTOBER 15, 1973

No. 73–94.  UNITED STATES STEEL CORP. *v.* TRUSTEES OF PENN CENTRAL TRANSPORTATION Co.  Affirmed on appeal from C. A. 3d Cir.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.